O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
248-258-6262 telephone
248-257-6047 facsimile
dob@obryanlaw.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
HONOLULU DIVISION

| | |
|---|---|
| ALPHONSE DIXON,         )<br>                         )<br>    Plaintiff,        )<br>                         )<br>v                        )<br>                         )<br>MATSON NAVIGATION COMPANY, INC.,  )<br>                         )<br>    Defendant.       )<br>_____) | Civil No: 1:17-cv-00368 |

## **ORDER OF DISMISSAL**

Pursuant to the Stipulation of the Parties,

IT IS HEREBY ORDERED that pursuant to Rule 41(A)(ii) this matter is dismissed, with each party bearing their own costs and fees.

DATED AT HONOLULU, HAWAI`I, May 1, 2019.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge